# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

TOMMY LEE VAUGHNS, JR.                                                                            PLAINTIFF
ADC #137761

V.                                         4:07CV00861 SWW

FAULKNER COUNTY SHERIFF DEPARTMENT                                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.        IT IS THEREFORE ORDERED THAT:

1.        Plaintiff's complaint is DISMISSED WITH PREJUDICE for the failure to state a claim upon which relief may be granted.

2.        This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.        The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED THIS 7TH DAY OF JANUARY, 2008.


                                                                        /s/Susan Webber Wright

                                                                        UNITED STATES DISTRICT JUDGE